IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TONY EARL LEACH,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF RODERICK L. VIRGIL, CAPTAIN LISA THOMAS, LIEUTENANT VINCENT THOMPSON, and LIEUTENANT SQUINTON FULTON,<br><br>Defendants. | 1:25-CV-71 |

**ORDER**

This matter is before the Court for review of the Magistrate Judge's Recommendation filed on August 25, 2026. *Recommendation of United States Magistrate* Judge, D.E. 19 (Aug. 25, 2026). The Magistrate Judge recommends granting Defendants' Motion to Dismiss, D.E. 10 (Dec. 23, 2025) and dismissing Plaintiff Tony Leach's Complaint, D.E. 2 (Jan. 30, 2025) without prejudice. The latest deadline for objections passed on September 11, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation, D.E. 19, is ADOPTED, Defendant's Motion to Dismiss, D.E. 10, is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 18th day of September, 2026.

/s/ David A. Bragdon
United States District Judge